UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JASHAE SMITH-BLUE,**

    **Plaintiff,**

v.                                       Case No. 3:18-cv-00210-J-20JRK

**DIVERSIFIED CONSULTANTS, INC.,**

    **Defendant.**
_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Parties' "Joint Stipulation of Dismissal" (Dkt. 16).

Accordingly, it is **ORDERED**:

1. The "Joint Stipulation of Dismissal" (Dkt. 16) is **GRANTED**, and this action is dismissed with prejudice, with each party to bear its own costs of court; and

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of February, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**
Justin Zeig, Esq.
Ashley N. Wydro, Esq.
Alison N. Emery, Esq.
Chelsey Rae Pankratz, Esq.
Dayle M. Van Hoose, Esq.